# Challenge to Constitutionality of a State Statute

Print

ACCEPTED
15-25-00086-Cv
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
5/21/2025 2:43 PM
CHRISTOPHER A. PRINE
CLERK

This form must be completed by a party filing a petition, motion or other pleading **challenging the constitutionality of a state statute**. The completed form must be filed with the court in which the cause is pending as required by Section 402.010 (a-1), Texas Government Code.

**Cause Number** *(For Clerk Use Only):* 15-25-00086-CV    **Court** *(For Clerk Use Only):* 15th Court of Appeals

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
5/21/2025 2:43:17 PM
CHRISTOPHER A. PRINE
Clerk

Styled:  City of Grand Prairie et al. VS. State of Texas et al.

*(e.g., John Smith v. All American Insurance Co.; in re Mary Ann Jones; In the Matter of the Estate of George Jackson)*

**Contact information for party\* challenging the constitutionality of a state statute. (\****If party is not a person, provide contact information for party, party's representative or attorney.****)*

| | | | |
|---|---|---|---|
| Name: | Wm. Andrew Messer | Telephone: | 972-668-6400 |
| Address: | 6371 Preston Road, Ste 200 | Fax: | 972-668-6414 |
| City/State/Zip: | Frisco, Texas 75034 | State Bar No. (if applicable): | 13472230 |
| Email: | andy@txmunicipallaw.com | | |

Person completing this form is:  ☑ Attorney for Party ☐ Unrepresented Party ☐ Other:

**Identify the type of pleading you have filed challenging the constitutionality of a state statute.**

☑ Petition    ☐ Answer    ☐ Motion (Specify type):

☐ Other:

**Is the Attorney General of the State of Texas a party to or counsel in this cause?**

☑ Yes    ☐ No

**List the state statute(s) being challenged in your pleading and provide a summary of the basis for your challenge.** (Additional pages may be attached if necessary.)

Texas Local Government Code 42.101-.105 & 42.151-156

These statutes unconstitutionally delegate legislative functions to private parties in contravention of the Texas Supreme Court's Boll Weevil and FM Properties decisions, unconstitutionally interfere with contractual relationships, and unconstitutionally deprive local entities with tax revenues by delegating tax policy to private parties.

Additional statutory challenges are raised separate and apart from these constitutional concerns.

9/5/13

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Sherry Brown on behalf of Wm. Andrew Messer
Bar No. 13472230
sherry@txmunicipallaw.com
Envelope ID: 101118014
Filing Code Description: Docketing Statement
Filing Description: Docketing Statement
Status as of 5/21/2025 4:18 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Allison Collins | 24127467 | allison.collins@oag.texas.gov | 5/21/2025 2:43:17 PM | SENT |
| Sherry Brown | | sherry@txmunicipallaw.com | 5/21/2025 2:43:17 PM | SENT |
| Andy Messer | | andy@txmunicipallaw.com | 5/21/2025 2:43:17 PM | SENT |
| Brad Bullock | | brad@txmunicipallaw.com | 5/21/2025 2:43:17 PM | SENT |
| Timothy Dunn | | Taddunn@txmunicipallaw.com | 5/21/2025 2:43:17 PM | SENT |
| Todd Disher | | todd@lehotskykeller.com | 5/21/2025 2:43:17 PM | SENT |
| William Thompson | | will@lkcfirm.com | 5/21/2025 2:43:17 PM | SENT |
| Cole Wilson | | cole.wilson@oag.texas.gov | 5/21/2025 2:43:17 PM | SENT |
| Guillermo Trevino | | will.trevino@brownsvilletx.gov | 5/21/2025 2:43:17 PM | SENT |
| Lena Chaisson-Munoz | | lena.munoz@brownsvilletx.gov | 5/21/2025 2:43:17 PM | SENT |
| George Hyde | | ghyde@txlocalgovlaw.com | 5/21/2025 2:43:17 PM | SENT |
| Matthew Weston | | mweston@txlocalgovlaw.com | 5/21/2025 2:43:17 PM | SENT |
| David Overcash | | david.overcash@wtmlaw.net | 5/21/2025 2:43:17 PM | SENT |
| Clark McCoy | | cmccoy@wtmlaw.net | 5/21/2025 2:43:17 PM | SENT |

Associated Case Party: City of Brownsville, Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Lena Chaisson-Munoz | | lena.munoz@brownsvilletx.gov | 5/21/2025 2:43:17 PM | SENT |
| Will S.Trevino | | will.trevino@brownsvilletx.gov | 5/21/2025 2:43:17 PM | SENT |

Associated Case Party: Attorney General Kenneth Paxton (in his Official Capacity

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Sherry Brown on behalf of Wm. Andrew Messer
Bar No. 13472230
sherry@txmunicipallaw.com
Envelope ID: 101118014
Filing Code Description: Docketing Statement
Filing Description: Docketing Statement
Status as of 5/21/2025 4:18 PM CST

Associated Case Party: Attorney General Kenneth Paxton (in his Official Capacity

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Raymond Abarca | | Raymond.Abarca@oag.texas.gov | 5/21/2025 2:43:17 PM | SENT |
| Cole Wilson | | Cole.Wilson@oag.texas.gov | 5/21/2025 2:43:17 PM | SENT |